IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONYA LEE CONNER, | ) |
| Plaintiff, | ) No. 3:11-cv-00145 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Tonya Lee Conner's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a supporting Memorandum (Doc. No. 13). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion (Doc. No. 16), to which Plaintiff did not reply. Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that Plaintiff's Motion be denied and that the decision of the Commissioner be affirmed. The Report was filed on January 30, 2013, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. This Order terminates this Court's jurisdiction over this action action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this 26th day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT